**Bujar SHEHU, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 06–60769

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 21, 2007.

Jason C. Mills, Fort Worth, TX, for Petitioner.

Thomas Ward Hussey, Director, Alberto R. Gonzales, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Bujar Shehu seeks review of a decision of the Board of Immigration Appeals affirming the denial of an application for asylum, withholding of removal, and relief under the Convention Against Torture. Shehu's current status is that of a fugitive

---

with an outstanding final order of removal. This court has recently extended the fugitive dis-entitlement doctrine to the immigration context where, as here, the petitioner is a fugitive alien who has evaded custody and failed to comply with a removal order. *See Giri v. Keisler,* 507 F.3d 833, (5th Cir.2007). Pursuant to *Giri,* the fugitive dis-entitlement doctrine serves to bar further review of the BIA's decision.

DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.